**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-00769-MSK-KMT | Date: | July 11, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

| | |
|---|---|
| GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL CORPORATION, a Colorado limited liability company, | David Fein |
| Plaintiff, | |
| v. | |
| ETHAN DANIEL CHUMLEY, individually, ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation, doing business as ARMSTRONG STEEL CORPORATION, PRQ INTERNET KOMMANDITBOLAG (LIMITED PARTNERSHIP) doing business as PRQ INET KB, and GOTTFRID SWARTHOLM, individually, | Paul Grant Peter Lemire |
| Defendants. | |

**COURTROOM MINUTES**

**SCHEDULING CONFERENCE**

**10:03 a.m.    Court in session.**

Court calls case. Appearances of counsel.

Also present, Christie McCarthy, intern with defendants' counsel.

Defendants PRQ Internet Kommanditbolag and Gottfrid Swartholm are not represented.

Mr. Fein informs the Court defendants PRQ Internet Kommanditbolag and Gottfrid Swartholm are in Sweden and have been served. Currently, a Motion for Entry of Default [50] is pending as they have not responded.

Defendant Atlantic Building System's Motion to Stay Proceedings [40] has not been referred. It

is pending before Chief Judge Krieger.

Discussion regarding disclosures, e-discovery, preservation, spoliation sanctions, and financial records.  Court advises that computers and passwords need to be maintained.  Mr. Grant states defendants' counsel will go back and supplement any necessary documents, if tangible.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Party group is defined as: 1) Plaintiff General Steel Domestic Sales, LLC, d/b/a General Steel Corporation; 2) Defendants Ethan Daniel Chumley, Atlantic Building Systems, LLC, and Armstrong Steel Corporation; and 3) Defendants PRQ Internet Kommanditbolag and Gottfrid Swartholm.

DEADLINES:
Joinder of Parties/Amendment to Pleadings: 10 days following the Court's resolution of any Rule 12 motions.
Discovery Cut-off:     January 31, 2014
Dispositive Motions Deadline:     March 12, 2014
Disclosure of Affirmative Experts:     November 1, 2013
Disclosure of Rebuttal Experts:     December 1, 2013
Each party group side shall be limited to 3 expert witnesses, absent leave of court.
Each party group shall be limited to 10 depositions, excluding experts.  Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Written Discovery shall be served 33 days prior to the discovery cutoff.
Each party group shall be limited to 25 interrogatories, 25 requests for admission, and 25 requests for documents.

Plaintiff's oral motion to withdraw Motion for Limited Expedited Discovery [9] by Mr. Fein.

**ORDERED:   Plaintiff's Motion for Limited Expedited Discovery [9] is WITHDRAWN.**

Court reviews Chief Judge Krieger's procedures with counsel.

Further discussion regarding discovery cutoff.

Final Pretrial Conference, Trial Preparation Conference, and trial dates will be set by Chief District Judge Marcia S. Krieger.  The parties anticipate a five (5) day jury trial.

Discussion regarding possible changes to provisions of protective order with respect to documents designated as attorney's eyes only.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Scheduling Order entered.**

**10:39 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:36

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.