# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No: 13-cv-00769-MSK-KMT | Date: September 25, 2013 |
| Courtroom Deputy:   Julie Dynes | FTR:   Courtroom C-201 |

GENERAL STEEL DOMESTIC SALES, LLC.,          David Fein
                                              Patrick Frye

   Plaintiff,

v.

ETHAN DANIEL CHUMLEY                         Paul Grant
ATLANTIC BUILDING SYSTEMS, LLC.,             Peter Lemire
PRQ INTERNET KOMMANDITBOLAG,
GOTTFRID SWARTHOLM,

   Defendants.

## COURTROOM MINUTES

**1:29 p.m.      Court in session.**

Court calls case.  Appearances of counsel.

The court lists pending motions.

For reasons stated on the record, it is

**ORDERED:  [45] Motion for More Definite Statement is GRANTED IN PART** as to special damages portion of the motion relating to the first, second, fourth, fifth, seventh, ninth, and thirteenth claims for relief; **DENIED** in all other respects.

**Plaintiff has until October 10, 2013, to file an amended complaint specifically stating special damages as to the claims above.**

Discussion held on [65] Motion to Quash Subpoena to Domain by Proxy.

**ORDERED:  [65] Motion to Quash Subpoena is DENIED.**

Argument given on [62] Motion to Quash Subpoena re: Chase bank and [77] Motion for Protective Order.

**ORDERED**: **[62] Motion to Quash Subpoena issued to Chase Bank is DENIED. Discovery that comes from Chase bank will be marked attorneys eyes only under the protective order.**

**[77] Motion for Protective Order is GRANTED IN PART and DENIED IN PART. Granted as to request for list of all employees, denied in all other respects.**

**Financial documents to be turned over on or before October 15, 2013.**

Discussion held on scheduling dates.

For reasons stated on the record, it is

**ORDERED:  Discovery cut-off is extended to:  March 31, 2014.
Dispositive motion deadline is extended to:  May 12, 2014.
Affirmative expert disclosure: January 2, 2014.
Rebuttal expert disclosure:  February 2, 2014.**

**2:36 p.m.    Court in recess.**

Hearing concluded.
Total in-court time    01:07

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.