**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

Civil Action No:     13-cv-00769-MSK-KMT           Date:   January 24, 2014
Courtroom Deputy:    Emily Seamon                   FTR:    Courtroom C-201

*Parties:*                                          *Counsel:*

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a            Patrick Frye
GENERAL STEEL CORPORATION, a Colorado               David Fein
limited liability company,                          Henry Solano

    Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually,                 Paul Grant
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware          Peter Lemire
corporation, doing business as ARMSTRONG STEEL      Mark Baird
CORPORATION,
PRQ INTERNET KOMMANDITBOLAG (LIMITED
PARTNERSHIP) doing business as PRQ INET KB, and
GOTTFRID SWARTHOLM, individually,

    Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**9:31 a.m.     Court in session.**

Statement by Mr. Solano regarding a status report, the Jefferson County case and a motion for a protective order, and attorney conduct.

Discussion between the Court and counsel regarding Plaintiff's Motion to Compel Discovery Responses [86].

ORDERED:   Plaintiff's Motion to Compel Discovery Responses Pursuant to Rule 37(a), Fed. R. Civ. P. [86] is GRANTED in full, as narrowed and discussed in court. On or before **February 7, 2014**, Defendants shall respond to interrogatories 9, 11, 14, and 17 and request for production of document 10.

Discussion between the Court and counsel regarding Defendants' Motion to Compel Discovery, email communications, a conspiracy with JAG, and written complaints.

Mr. Solano tenders to the Court an email communication between him and Mr. Baird dated January 16, 2014. Mr. Solano explains the circling and yellow highlighting on the document.

ORDERED:   The email communication between Mr. Solano and Mr. Baird dated January 16, 2014 tendered to the Court shall be attached to these courtroom minutes.

ORDERED:   Mr. Fein's Oral Motion for Mr. Grant to be temporarily walled off from reviewing documents is GRANTED. Counsel may submit the documents AEO. Plaintiff shall file a motion on or before **January 31, 2014** stating why Mr. Grant should not be able to review the documents. Defendants shall file a response on or before **February 14, 2014**. Plaintiff may restrict the motion without filing a motion to restrict.

ORDERED:   Defendants' Motion to Compel Discovery [133] is GRANTED IN PART and DENIED IN PART as reflected on the record.

**12:14 p.m.     Court in recess.**

Hearing concluded.
Total in-court time   2:43

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.