IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-00769-MSK-KMT | Date: | August 26, 2014 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                                                      *Counsel:*

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a            Laura Alos
GENERAL STEEL CORPORATION, a Colorado               Henry Solano
limited liability company,                                            Patrick Frye
                                                                                   Adam Bialek

        Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually,                       Mark Baird
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware        Craig May
corporation, doing business as ARMSTRONG STEEL      Ken Stalzer
CORPORATION,                                                          Hugh Gottschalk
PRQ INTERNET KOMMANDITBOLAG (LIMITED
PARTNERSHIP) doing business as PRQ INET KB, and
GOTTFRID SWARTHOLM, individually,

        Defendants.

---

## COURTROOM MINUTES

---

**MOTIONS HEARING**

**2:05 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

Also present, Aaron Atkinson on behalf of Denver SEO.

Mr. May summarizes the remaining issues with respect to the deposition topics and requests for production.

Discussion and argument regarding the Google Webmaster Tools report with respect to request for production no. 3 and the redacted engagement letter from JEMSU.  Court encourages parties to meet and confer regarding the redacted engagement letter before filing a motion.

**ORDERED:** **After parties meet and confer, if they fail to reach an agreement regarding the JEMSU engagement letter, Mr. Bialek shall submit copies of the final redacted and unredacted engagement letter for in camera review on or before September 8, 2014. The court will set a Telephonic Informal Discovery Conference after its review at a later date.**

Discussion regarding analytical reports based on Mr. McCain's testimony and the identity of who posted the alleged false advertising on the blogs. Court limits the scope of request for production no. 3 and deposition topic no. 5. Counsel confirm deposition topics 1 and 2 have been addressed in prior discussions.

Further discussion regarding the deposition of Shawn Hakes, Troy Olsen, Chris Sams, and Theodore Leach. Mr. Atkinson states Mr. Hakes was not served. Mr. May withdraws the motion to quash with respect to Mr. Sams and Mr. Leach. Court states Mr. Olsen may be deposed as a Rule 30(b)(6) and individual witness, but Mr. May should try to do them together. Counsel have come to an agreement regarding the issue with Star Building Systems.

**ORDERED:** **General Steel's Motion to Quash Subpoenas and for Protective Order [245] is GRANTED IN PART AND DENIED IN PART, consistent with the discussions held in court.**

**ORDERED:** **Movants, Denver SEO, LLC, Chris Sams and Troy Olson's Motion to Quash and/or for Protective Order and Joinder in Plaintiff's Motion to Quash [249] is GRANTED IN PART AND DENIED IN PART, consistent with the discussions held in court.**

**3:27 p.m.** **Court in recess.**
**3:40 p.m.** **Court in session.**

**ORDERED:** **Defendants Ethan Chumley's and Atlantic Building Systems, LLC's Motion for Sanctions Pursuant to Fed.R.Civ.P. 37(b)(2) for Plaintiff General Steel Domestic Sales, LLC's Failure to Comply with Court Order [267]/ [268] is DENIED.**

Review of Local Rule 7.2(d). Discussion regarding claim for copyright infringement over the Armstrong website, alleged inflated sales figures, unclean hands defense, and General Steel's Rule 30(b)(6) deposition notice topics.

**ORDERED:** **Defendant Atlantic Building Systems, LLC's Motion for Protective Order with Respect to General Steel's Fed.R.Civ.P. 30(b)(6) Deposition Notices [257] is GRANTED IN PART AND DENIED IN PART, consistent with the discussions held in court.**

Discussion and argument regarding Armstrong Steel's Rule 30(b)(6) deposition notice topics, and modification of discovery deadlines.

**ORDERED:   Counterclaim Defendant General Steel's Motion for a Protective Regarding Fed. R. Civ. P. Rule 30(b)(6) Notice Served by Counterclaimant Armstrong Steel [258] is GRANTED IN PART AND DENIED IN PART, consistent with the discussions held in court.**

Court advises counsel to file a motion to amend the scheduling order if discovery deadlines need to be extended.

**ORDERED:   Parties shall file a motion to amend the scheduling order with a proposal for future settings on or before September 8, 2014.**

**5:30 p.m.       Court in recess.**

Hearing concluded.
Total in-court time     03:12

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.