IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13‒cv‒00769‒MSK‒KMT

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a GENERAL STEEL CORPORATION, a
Colorado limited liability company,

>        Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually,
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation, doing business as
ARMSTRONG STEEL CORPORATION,
PRQ INTERNET KOMMANDITBOLAG (LIMITED PARTNERSHIP) doing business as PRQ
INET KB, and
GOTTFRID SWARTHOLM, individually,

>        Defendants.

---

**ORDER**

---

This matter is before the court on the "Joint Motion to Modify Amended Scheduling Order

(ECF No. 157) to Extend Discovery-Cut Off and Dispositive-Motion Deadlines."   [Doc. No.

363.]   The parties have set forth ample grounds to justify an extension of the deadlines in this

case, especially in light of recent rulings by both this Magistrate Judge and the District Judge.

Additionally, there are several more pending Motions to Compel requiring judicial attention and

the potential for the exchange of additional discovery.

It is **ORDERED**

The "Joint Motion to Modify Amended Scheduling Order (ECF No. 157) to Extend

Discovery-Cut Off and Dispositive-Motion Deadlines" [Doc. No. 363] is **GRANTED**.   The

deadlines are extended as follows:

discovery-cut off date:                    December 5, 2014

dispositive-motion deadline          January 15, 2015

Dated this 26th day of September, 2014.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge