IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:     13-cv-00769-MSK-KMT | Date:   October 8, 2014 |
| Courtroom Deputy:   Sabrina Grimm | FTR:    Courtroom C-201 |

*Parties:*                                                                *Counsel:*

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a          David Fein
GENERAL STEEL CORPORATION, a Colorado             Patrick Frye
limited liability company,                                         Laura Alos
                                                                          Henry Solano

   Plaintiff,

v.

ETHAN DANIEL CHUMLEY, individually,                Mark Baird
ATLANTIC BUILDING SYSTEMS, LLC, a Delaware        Craig May
corporation, doing business as ARMSTRONG STEEL    Kenneth Stalzer
CORPORATION,
PRQ INTERNET KOMMANDITBOLAG (LIMITED
PARTNERSHIP) doing business as PRQ INET KB, and
GOTTFRID SWARTHOLM, individually,

   Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**1:33 p.m.      Court in session.**

Court calls case.  Appearances of counsel.

Discussion and argument regarding production of General Steel's customer files and communications as identified in the initial disclosures, customer complaints regarding deposit issue, requests for production No. 6 and 8.

Mr. Fein states Plaintiff has produced everything with respect to request for production No. 2 to Defendants.

**ORDERED:** Defendants Atlantic Building Systems, LLC and Ethan Daniel Chumley's Motion to Compel Responses to Defendant's Second Set of Requests for Production of Documents Regarding Customer Complaints [350] is **DENIED.**

**2:50 p.m.** **Court in recess.**
**3:00 p.m.** **Court in session.**

Discussion and argument regarding Google alerts pertaining to alleged false blogs, communications with Denver SEO regarding alleged false blogs, backlink reports, alleged usage of Armstrong's logo mark, "fraudulent steel" brochure, testimonials posted on the alleged false blogs, and customer testimonials posted on the internet by General Steel.

Ms. Alos states communications with Denver SEO regarding the alleged false blogs have been provided to Defendants with respect to request for production No. 2.

**ORDERED:** Counterclaimant Atlantic Building Systems, LLC's Motion to Compel Responses to Second Set of Requests for Documents and Third Set of Interrogatories [352] is **GRANTED IN PART AND DENIED IN PART** as follows:

- **Document Request No. 1 – On the issue of the Google alerts, Plaintiff is directed to search Travis McCain's Google alerts from February 2012 to present that he testified about and said he had preserved. A search shall be conducted for the alerts containing the URLs or a portion of the URLs of the specific alleged false testimonials and false blogs that are in the counterclaim. If any Google Alerts exist as to the specific URLs associated with specific blogs and statements alleged in the Counterclaim, Plaintiff/counterclaim defendant is directed to produce only those recovered Google Alerts to counterclaim plaintiffs on or before October 29, 2014. If no Google Alerts are recovered consistent with the search by URL, counterclaim defendant will so advice the counterclaimant.**

- **Document Request No. 3 – As stipulated to by the parties consistent with the discussions held in court, Plaintiff/counterclaim defendant is directed to produce the redacted report on or before October 29, 2014.**

- **Document Request No. 4 – As stipulated to by the parties consistent with the discussions held in court.**

- **Document Request No. 5 – Denied, as stated on record.**

2

- **Document Request No. 6 and Interrogatory No. 1 – Counterclaim Plaintiffs shall produce a list to counterclaim defendant, as discussed, on or before October 14, 2014.  Plaintiff shall provide a response to the limited list and Interrogatory (Third Set) No.1 on or before October 29, 2014.**

**4:26 p.m.      Court in recess.**

Hearing concluded.
Total in-court time    02:43

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.