**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE  MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                    Date: January 14, 2016
Court Reporter:       Terri Lindblom

Civil Action No. 13-cv-00769-MSK-KMT

_Parties_:                                          _Counsel Appearing:_

GENERAL STEEL DOMESTIC SALES, LLC,                  David Fein
                                                    Adam Bialek
          Plaintiff,                                Henry Solano
                                                    Patrick Frye
v.

ETHAN DANIEL CHUMLEY,                               Mark Baird
ATLANTIC BUILDING SYSTEMS, LLC,                     Kenneth Stalzer
GOTTFRID SWARTHOLM, AND                             Craig May
PRQ INTERNET KOMMANDITBOLAG (LIMITED
PARTNERSHIP),

          Defendants.

and

ETHAN DANIEL CHUMLEY, and
ATLANTIC BUILDING SYSTEMS, LLC,

          Counterclaim/Third-Party Plaintiff

v.

GENERAL STEEL DOMESTIC SALES, LLC, and
JEFFREY KNIGHT,

          Counterclaim/Third-party Defendants**.**

---

**COURTROOM MINUTES**

---

HEARING:    Final Pretrial Conference.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**1:08 p.m.       Court in session.**

Parties are present.  Jeffrey Knight is present on behalf of plaintiff and Eric Beavers as
representative of defendant Atlantic.

**PENDING MOTIONS.**

The Court address Defendants' Objections to the Magistrate Judge's denial of Armstrong's
Motion to Compel (**Doc. #173**).

**ORDER**:        The Court sustains the determination and recommendation of the Magistrate
                  Judge and overrules Armstrong's objections in all regards.

The Court addresses Plaintiff's Objections to the Magistrate Judge's Order denying General
Steel's Motion for an Order to Show Cause (**Doc. #569**)

**ORDER:**        The Court affirms the Magistrate Judge's denial of General Steel's motion and
                  sustains General Steel's Objections and vacates that portion of the Magistrate
                  Judge's order (**Doc. #566**) granting sanctions against General Steel.

The Court addresses Defendants' Motion to Clarify the Court's summary judgment ruling (**Doc.
#571**)

**ORDER:**        Defendants' Motion to Clarify the Court's summary judgment ruling (**Doc. #571**)
                  is **GRANTED** to the extent the Court has clarified its summary judgment ruling,
                  but the Court finds that Armstrong may not proceed on a false advertising claim
                  relating to either the sales representatives' statements or the "Fraudulent Steel"
                  brochure.

The Court addresses Plaintiff's Motion to Bifurcate (**Doc. #582**)

**ORDER**:        Plaintiff's Motion to Bifurcate (**Doc. #582**) is **DENIED.**

The Court addresses anticipated motions and special issues set forth in the Proposed Final
Pretrial Order.  The Court's findings and/or rulings are  as reflected on the record.

Review of the proposed final pretrial order - matters addressed:

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 3

> Claims
> Defenses
> Stipulations of Fact
> Witness List
> Exhibit List
> Anticipated motions
> Trial length, trial process, evidentiary issues and any questions posed by counsel.

The Court addresses the options of either setting the matter for trial or retaining, at the parties' own expense, a Special Master to assist them with the issues as set forth on the record.

**3:15 p.m.**      **Court in recess**
**3:30 p.m.**      **Court in session**

The parties cannot agree on how to proceed.  The Court will set the matter for trial.

**ORDER:**      Jury Trial (2 weeks) is set to commence on **June 20 through the week of June 27, 2016 at 8:30 a.m.**, in Courtroom A901, 901 19th Street, Denver. CO.  Trial will run Monday-Friday.  The parties are allotted a total amount of 52 hours ( 26 hours of time each side) to use however they wish (opening/closing arguments, evidence presentation).  The time is tracked on a chess clock by the Courtroom Deputy.

**ORDER**:      Revised final pretrial order, witness and exhibit lists to be submitted by **February 16,  2016**.  Trial briefs (simultaneous), if any, will be filed 10 days before trial.

**3:58 p.m.**      **Court in recess.**

**Total Time:   2 hours 35 minutes.**
**Hearing concluded.**