IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: July 1, 2016 |
| Court Reporter: Terri Lindblom | |

Civil Action No. 13-cv-00769-MSK-KMT

| *Parties*: | *Counsel*: |
|---|---|
| GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability company, doing business as General Steel Corporation, | David Fein<br>Patrick Frye<br>Adam Bialek<br>Henry Solano |
| Plaintiff, | |
| v. | |
| ETHAN DANIEL CHUMLEY, individually;<br>ATLANTIC BUILDING SYSTEMS, LLC, a Delaware corporation, doing business as Armstrong Steel Corporation;<br>GOTTFRID SWARTHOLM, individually; and PRQ INTERNET KOMMANDITBOLAG (LIMITED PARTNERSHIP), doing business as PRQ Inet KB, | Craig May<br>Mark Baird<br>Kenneth Stalzer |
| Defendants. | |

## COURTROOM MINUTES

HEARING: Jury Trial Day 8

**8:58 a.m.    Court in session**

Jeffrey Knight and Eric Beavers as the parties representatives are seated at the counsel tables.

The Court addresses preliminary matters with counsel, including rulings regarding jury instructions.

9:10 a.m.    Jury panel present.

Evidence complete.

The Court instructs the jury.

Closing arguments.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

**10:56 a.m.**     **Court in recess**
**11:11 a.m.**     **Court in session**

11:13 a.m     Jury present

Closing arguments continued.

**12:31 p.m.**     **Court in recess**
**1:21 p.m.**      **Court in session**

1:23 p.m.     Jury present.

Rebuttal argument.

Oath to the Marshall.

1:37 p.m.     Jury excused to begin deliberations.

**1:38 p.m.**     **Court in recess**
**4:07 p.m.**     **Court in session**

4:09 p.m.     Jury present.

The jury informs the Court it has reached a verdict. The Court received the written verdict and orally read the verdict.

Jurors polled individually to confirm its verdict.

4:18 p.m.     Jury released to the deliberation room.

**4:20 p.m.**     **Court in recess**

**Total Time:   3 hours 49 minutes**
**Trial concluded.**