IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 13-cv-00769-MSK-KMT

GENERAL STEEL DOMESTIC SALES, LLC, d/b/a General Steel Corporation,

    Plaintiff,

v.

ETHAN DANIEL CHUMLEY,
ATLANTIC BUILDING SYSTEMS, LLC, d/b/a Armstrong Steel Corporation,

    Defendants.

# VERDICT FORM

We, the jury, render our verdict in this action in response to the following questions:

### General Steel's Claim 1: False Advertising

**Question 1:** Did General Steel prove, by a preponderance of the evidence, that one or more of the eight statements in Instruction No. 11 were false or misleading statements of fact, in a commercial advertisement, about the nature or quality of General Steel's goods, services, or commercial activities?

    ✓ YES     ___ NO

If your answer is "NO," you have found a verdict in favor of both Defendants as to this claim. Do not answer any further questions on this claim and proceed to consider Claim 2. If your answer is "YES," proceed to answer Question 2.

1

**Question 2:** Did General Steel prove, by a preponderance of the evidence, that the following Defendants published one or more of the statements or caused those statements to be published?

      As to Defendant Armstrong Steel:      ✓ YES    ___ NO

      As to Defendant Ethan Chumley:      ✓ YES    ___ NO

**If your answer is "NO," as to one Defendant, you have found a verdict in favor of one Defendant on this claim. Do not answer any further questions on this claim with regard to that Defendant. If your answer is "NO" as to both Defendants, do not answer any further questions on this claim, nor any of the questions on Claim 2, and proceed to sign the appropriate portion of the Certification form. If your answer is "YES" as to one or both Defendants, proceed to answer Question 3.**

**Question 3:** Did General Steel prove, by a preponderance of the evidence, that the false or misleading statement(s) made by the following Defendants either actually deceived a substantial segment of the Defendant's audience, or that the statement had the tendency to do so?

      As to Defendant Armstrong Steel:      ✓ YES    ___ NO

      As to Defendant Ethan Chumley:      ✓ YES    ___ NO

**If your answer is "NO," as to one Defendant, you have found a verdict in favor of one Defendant on this claim. Do not answer any further questions on this claim with regard to that Defendant. If your answer is "NO" as to both Defendants, do not answer any further questions on this claim, and proceed to consider Claim 2. If your answer is "YES" as to one or both Defendants, proceed to answer Question 4.**

**Question 4:** Did General Steel prove, by a preponderance of the evidence, that the deception arising from the false or misleading statement(s) by the following Defendants was likely to influence the purchasing decision of customers?

  **As to Defendant Armstrong Steel:**  ✓ YES  ___ NO

  **As to Defendant Ethan Chumley:**  ✓ YES  ___ NO

If your answer is "NO," as to one Defendant, you have found a verdict in favor of one Defendant on this claim. Do not answer any further questions on this claim with regard to that Defendant. If your answer is "NO" as to both Defendants, do not answer any further questions on this claim, and proceed to consider Claim 2. If your answer is "YES" as to one or both Defendants, proceed to answer Question 5.

**Question 5:** Did General Steel prove, by a preponderance of the evidence, that it suffered injury as the result of the false or misleading statement(s) by the following Defendants?

  **As to Defendant Armstrong Steel:**  ___ YES  ✓ NO

  **As to Defendant Ethan Chumley:**  ___ YES  ✓ NO

If your answer is "NO," as to one Defendant, you have found a verdict in favor of one Defendant on this claim. Do not answer any further questions on this claim with regard to that Defendant. If your answer is "NO" as to both Defendants, do not answer any further questions on this claim, and proceed to consider Claim 2. If your answer is "YES" as to one or both Defendants, proceed to answer Question 6.

**Question 6:** What damages does the jury award to General Steel on the False Advertising claim against each Defendant?

  **As to Defendant Armstrong Steel:**  $_____

  **As to Defendant Ethan Chumley:**  $_____

**Proceed to answer Question 7.**

[Question 6 section is crossed out with a diagonal line]

**Question 7:** Did General Steel prove, by a preponderance of the evidence, that the Defendant(s) who engaged in False Advertising did so willfully?

        **As to Armstrong Steel:**      ___ YES        ___ NO

        **As to Ethan Chumley:**      ___ YES        ___ NO

[Question 7 is crossed out with a diagonal line]

**Proceed to consider Claim 2.**

### General Steel's Claim 2: Libel

**Question 8:** Did General Steel prove, by a preponderance of the evidence, that the following Defendants published at least one of the statements listed in Instruction No. 18 or caused at least one of the statements to be published?

    **As to Defendant Armstrong Steel:**      ✓ YES        ___ NO

    **As to Defendant Ethan Chumley:**      ✓ YES        ___ NO

    If your answer is "NO" as to one Defendant, you have found a verdict in favor of that Defendant on this claim. Do not answer any further questions on this claim with regard to that Defendant. If your answer is "NO" as to both Defendants, do not answer any further questions on this claim and proceed to sign the appropriate portion of the Certification form. If your answer is "YES," to one or both Defendants, proceed to answer Question 9.

4

**Question 9:** Did General Steel prove, by a preponderance of the evidence, that Defendant's publication of the statement(s) caused material damage to General Steel's reputation?

      **As to Defendant Armstrong Steel:** ___ YES   ✓ NO

      **As to Defendant Ethan Chumley:** ___ YES   ✓ NO

      If your answer is "NO" as to one Defendant, you have found a verdict in favor of that Defendant on this claim. Do not answer any further questions on this claim with regard to that Defendant. If your answer is "NO" as to both Defendants, do not answer any further questions on this claim and proceed to sign the appropriate portion of the Certification form. If your answer is "YES," to one or both Defendants, proceed to answer Question 10.

**Question 10:** Did General Steel prove, by clear and convincing evidence, that the substance or gist of the statement(s) published by each Defendant was false at the time it was published?

      **As to Defendant Armstrong Steel:** ___ YES   ___ NO

      **As to Defendant Ethan Chumley:** ___ YES   ___ NO

      If your answer is "NO" as to one Defendant, you have found a verdict in favor of that Defendant on this claim. Do not answer any further questions on this claim with regard to that Defendant. If your answer is "NO" as to both Defendants, do not answer any further questions on this claim and proceed to sign the appropriate portion of the Certification form. If your answer is "YES," to one or both Defendants, proceed to answer Question 11.

5

**Question 11:** Did General Steel prove, by clear and convincing evidence, that the following Defendants knew that the statement(s) they published were false or that they made the statement(s) with reckless disregard as to their truth or falsity?

    As to Defendant Armstrong Steel:    ___ YES    ___ NO

    As to Defendant Ethan Chumley:    ___ YES    ___ NO

If your answer is "NO" as to one Defendant, you have found a verdict in favor of that Defendant on this claim. Do not answer any further questions on this claim with regard to that Defendant. If your answer is "NO" as to both Defendants, do not answer any further questions on this claim and proceed to sign the appropriate portion of the Certification form. If your answer is "YES," to one or both Defendants, you have found a verdict in favor of General Steel against that/those Defendant(s). Proceed to answer Question 12 with regard to that/those Defendant(s).

**Question 12:** What damages does the jury award to General Steel on the Libel claim against each Defendant?

    As to Defendant Armstrong Steel:    $_____

    As to Defendant Ethan Chumley:    $_____

Proceed to sign the appropriate portion of the Certification form.

6

## CERTIFICATION

We, the jury, certify by our signatures that we have found a verdict in favor of General Steel on one or both of the claim(s) herein, and that the verdict reflects the unanimous decision of the jury.

_____          _____

_____          _____

_____          _____

_____          _____

_____

Dated: July ___, 2016

We, the jury, certify by our signatures that we have found a verdict in favor of the Defendants on all claims herein, and that the verdict reflects the unanimous decision of the jury.

Dated: July 1, 2016

7